UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND WALLACE; RITA WALLACE, Claimant at Law,<br><br>Plaintiffs,<br><br>v.<br><br>ROSEMARY LYNCH, et al.,<br><br>Defendants. | No. 2:20-cv-02265-TLN-DB<br><br>**ORDER** |

      Plaintiffs are proceeding *pro se* with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

      On May 20, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. The thirty-day period has expired, and Plaintiffs have filed objections to the findings and recommendations.

      The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 20, 2021 (ECF No. 14) are adopted in full;

2. Plaintiff's November 13, 2020 complaint (ECF No. 1) is dismissed without prejudice;

3. Defendants' April 28, 2021 *ex parte* application (ECF No. 11) is denied as having been rendered moot; and

4. This action is closed.

Dated:  August 30, 2021

Troy L. Nunley
United States District Judge